**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Lawrence S. Walter
United States Bankruptcy Judge

**Dated: September 21, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | : |
| | Case No. 07-33973 |
| John D. White and Kimberly A. White | : Chapter 7 |
| | Judge Lawrence S. Walter |
| Debtor. | : |

**AGREED ORDER GRANTING THE MOTION OF TRUSTEE TO SETTLE AND COMPROMISE ALL MATTERS INVOLVING THE REAL PROPERTY COMMONLY REFERRED TO AS 4046 IVYGROVE LANE, MASON, OHIO 45040, INCLUDING ALL MATTERS RAISED IN ADVERSARY PROCEEDING 09-3142**

**THIS MATTER** came before the Court pursuant to the *Motion Of Trustee To Settle And Compromise All Matters Involving The Real Property Commonly Referred To As 4046 Ivygrove Lane, Mason, Ohio 45040, Including All Matters Raised In Adversary Proceeding 09-3142 Combined With Notice Hereof* filed herein on May 17, 2010 [Doc. No. 65] (the "Trustee's Motion") and the agreement of the Plaintiff Donald F. Harker, III (the "Trustee") and the Defendant Aurora Loan Services, LLC ("Defendant") to the adversary proceeding captioned ***Donald F. Harker, III v. Baupost Associates Limited Partnership, et al.***, Adv. Pro. No. 09-3142

1

(the "Adversary Proceeding").  The Court finds that proper notice of the Trustee's Motion was given to all creditors and parties in interest of the need/opportunity to object, that no objection was filed, and that the Debtors did not file an objection to the Trustee's Motion due to an agreement having been reached between the Defendant and the Debtors relating to attempting a deed in lieu of foreclosure, which does not affect the substantive terms of the agreement between the Trustee and the Defendant and which agreement is set forth herein.

Upon agreement of the Trustee, the Defendant, and the Debtors and pursuant to the Court's independant review of the Trustee's Motion, the Court finds that the Trustee's Motion is well taken

**ORDERED, ADJUDGED, and DECREED** that:

1. The Trustee's Motion is **GRANTED** other than as amended herein; the Trustee is hereby authorized to settle and compromise the matters as set forth in the Trustee's Motion without limitation and without further Order of this Court;

2. The Trustee is hereby authorized to take any and all actions to consummate, and to execute and deliver any and all instruments, agreements, or other documents that he may determine are necessary or convenient, to carry out the terms and conditions of the matters set forth in the Trustee's Motion and approved by this Order;

3. Without limiting the generality of the foregoing, the following specific actions shall occur:

    a. The Defendant shall pay the Trustee a total of One Hundred Thousand Dollars ($100,000.00) within fourteen (14) days of the entry of an Order approving this motion;

    b. The Trustee is hereby deemed to have abandoned the bankruptcy estate's interest in the Property;

    c. Any and all right to distribution from the Bankruptcy Estate to the Defendant and/or U.S. Bank National Association as Trustee for pool RLT 2008-2 shall be and hereby is disallowed including any form of distribution, whether pursuant to proof of claim, administrative claim, or otherwise

    d. The Trustee and the Defendant shall cooperate to dismiss the adversary proceeding.

AGREED AND NOTICE OF ENTRY WAIVED:

| */s/ Patricia J. Friesinger* | */s/ Michelle L. Polly-Murphy* by P. Friesinger per e-mail authority |
|---|---|
| John Paul Rieser (0017850) | Steven E. Elder (0009066) |
| Patricia J. Friesinger (0072807) | Michelle L. Polly-Murphy (0072091) |
| Rieser & Associates LLC, Of Counsel | 731 Fife Avenue |
| 7925 Graceland Street | Wilmington, Ohio 45177 |
| Dayton, Ohio 45459-3834 | Tel: 937/382-8747 |
| Tel: 937/224-4128   Fax: 937/224-3090 | Fax: 937/382-1127 |
| E-Mail: attyecfdesk@rieserlaw.com | e-Mail: murphyml@insight.rr.com |
| *Counsel for Donald F. Harker, III, Trustee* | *Attorneys for Aurora Loan Services, LLC* |

*/s/ Thomas R. Noland* by P. Friesinger per e-mail authority

Thomas R. Noland, Esq.
Statman, Harris & Eyrich, LLC
900 Fifth Third Center
1 South Main Street
Dayton, OH 45402
Tel: 937-222-1090   Fax: 937-222-1046
E-Mail: tnoland@statmanharris.com
*Attorney for Debtors*

Copies to:  Default List
Plus:   Steven E. Elder, Esq., Michelle L. Polly-Murphy, Esq., 731 Fife Avenue, Wilmington, Ohio 45177

###